# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-0399-BAS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXCLUDE TIME** |
| v. | |
| VANESSA MARIE ALVAREZ, | |
| Defendant. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that time be excluded in the above-entitled matter from **May 20** to **July 15, 2024**. For the reasons set forth in the Joint Motion to Exclude Time, the Court finds the ends of justice have been served by the continuance granted on May 13, 2024, in this matter, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**IT IS SO ORDERED**.

Dated: May 20, 2024

Honorable Cynthia Bashant
United States District Judge